Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the
_____ District of _____
_____ Division

Curtis Jones

**Plaintiff(s)**
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Scott J. Tallmage
Karen Costantino
"See attached"

**Defendant(s)**
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. _____
(to be filled in by the Clerk's Office)

2023 MAR 27 A 11:13
CLERK U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Page 1 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- Name: Curtis L. Jones
- All other names by which you have been known:
- ID Number: 150930
- Current Institution: Middlesex County Jail
- Address: P.O. Box 266
  Newbrunswick   N.J.   08902
  City           State  Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**
- Name: Scott J. Tallmgge Tallmadge
- Job or Title (if known): Police officer
- Shield Number: #52
- Employer: Somerset County Prosecutor office
- Address: 40 North Bridge St.
  Somerville   N.J.   08876
  City         State  Zip Code

☐ Individual capacity  ☒ Official capacity

**Defendant No. 2**
- Name: Karen Contantino
- Job or Title (if known): Judicial officer
- Shield Number:
- Employer: South Plainfield Municipal Court
- Address: 2480 Plainfield Ave.
  South Plainfield   N.J.   07080-0000
  City              State  Zip Code

☒ Individual capacity  ☒ Official capacity

Page 2 of 11

Page 1 of 11   Defendant's in Complaint (Attachment)

Defendant No. 5   Bound Brook Police Dept.
226 Hamilton St.
Bound Brook, N.J. 08805

Defendant No. 6   Police officer Ginotto, K-9 Handler
226 Hamilton St.
Bound Brook, N.J. 08805

Defendant No. 6   Crusader, K-9 dog officer
226 Hamilton St.
Bound Brook, N.J. 08805

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
Name: Jhon Doe 1-25
Job or Title (if known):
Shield Number:
Employer: South Plainfield Police Dept.
Address: 2480 Plainfield Ave.
South Plainfield, N.J. 08876
City / State / Zip Code

☐ Individual capacity   ☒ Official capacity

Defendant No. 4
Name: Jhon Doe 1-25
Job or Title (if known): Police officer SCPO
Shield Number:
Employer: Somerset County Prosecutor Office
Address: 40 North Bridge St.
Somerville, N.J. 08876
City / State / Zip Code

☐ Individual capacity   ☒ Official capacity

II. **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

My 14th & 4th Amendments Rights has been deprived

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

While acting under color of his official office outside of his jurisdiction Scott J. Tallmadge seize me, Curtis Jones without legal authority to; a (See Attached)

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner
☒ Other *(explain)* Convicted awaiting Sentencing

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

Feb 14, 2018 in a mini-mall at 2501 New Brunswick Ave South Plainfield, N-J.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

N/A

II. Basis for Jurisdiction Page 4 of 11 D.

Seize at the particular place where it occur. Under the Statute the powers of police officers, no matter their inherent scope, may be exercise only within the narrow geographic area. The legislative authority limits the geographical area within which a police officer may exercise police power only within its jurisdictional boundaries absent state broadening those powers; Consequently, police officers can normally exercise powers inhering in their office only within confines of jurisdiction which employs them, N.J.S.A. 40A:14-152

Det Tallmadge and officers from the Somerset County prosecutor office along with Bound Brook police officers seize Curtis Jones in South Plainfield, South Plainfield is in Middlesex County.

These officer while acting in their official capacity seize, question, imprison and search Curtis Jones while outside their territorial jurisdiction in violation of Curtis Jones 14th, 4th and 5th Const. Rights., Also in violation of N.J.S.A. 40A:14-152. Under this Statute the police conduct are illegal and unreasonable due to the Circumstances. Police detective acted outside the scope of his statutory authority when the defendants conducted an investigation in a city outside the geographical bounds of his municiplality. South Plainfield Police dept. haven't requested Somerset County Prosecutor office to participate in such activity by them, the South Plainfield Municipal Courts should of quashed the Complaint on the grounds that Det. Scott J. Tallmadge could not be an affiant in a Criminal Complaint on a matter which arose outside his jurisdiction. This is Fundamental

II Basis for Jurisdiction Page 4 of 11 D.

But their a more basic defect in the proceedings, raised by Plaintiff. The issuance of the summons here by the complaining witness constitutes so egregious a violation of the underlying principles of proper pratice, but the filing by the South Plainfield Municipal Courts Judicial official Karen Costantino of this Complaint-summons indicate that fundamental predicate of these proceedings appear to have been entirely overlooked in its institution, first in the improper captioning of the complaint and summons in the name of the respective complaining witness who not an affiant of South Plainfield police dept., even more appallingly, in the issurance of the Summons or filing with Courts on the authority of the complaining witness. Because of the nature of the proceeding here, process was required generally to conform to the requirements applicable to indictable offense. Among those requirement is the mandate that process issue by a Judge or clerk or deputy clerk of his court and only if the official issuing process is satisified from the complaint that there is probable Cause to believe that defendant has commited an offense.

As set forth probable cause does not exist. The Constitution which requires that our Constitution and the United States Constitution and New Jersey Constitution require that probable cause be shown to a neutral and detached magistrate upon affiant swearing an oath in front of that magistrate or Judge. Scott J. Tallmadge took the Complaint unattested to and brought it to Karen Costantino the Judicial officer who filed it on 2-14-2018 with an entry date of 2-14-18 Transaction ID no. MCS201853468, Karen Costantino on 2-14-18 filed another Complaint MCS20186520 with no

Attachment C

II. Basis for Jurisdiction   Page 4 of 11   D.
without Scott J. Tallmadge signing it under oath as require. So, you have a failure to adhere to the process of the affiant being in front of the judicial officer and that the complaint sworn to, but you also had the judicial officer issuing the complaint-Summons inappropriately because the process had not been complied with. The error there was one that included the error of the judicial officer reviewing the complaint-Summons filed on eCourt. The "neutral and detached magistrate" requirement are a part of the Fourth Amendment; Plaintiff spoke with Brooke Barnett of Barnett & Associates, Mark Anthony Baily of Mark Baily Attorney at law among others concerning this matter and everyone ignore my request. These lawyers are bound by the RPC 1.2(a) A lawyer shall abide by a client's decision concerning the scope and objections of representation, and as require by RPC 1.4 shall consult with the client about the means to pursue them. These attorney denied me my Six Amendment rights to counsel gurantee by the Constitution. These Court officers are member of the New Jersey Bar Association, under the New Jersey Supreme Court Commission and under color of statue are liable for their action.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C. What date and approximate time did the events giving rise to your claim(s) occur?

4:30 in the afternoon Wed. Feb 14, 2018 in the City of South Plainfeld

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I was illegally seize by Det. Tallmadge and other Somerset County prosecutor Detective outside their jurisdiction without the aid our authority of South Plainfield Police. A complaint-Summons filed was defective, the judicial action was inappropriate in the process and the attorney's refuse to fill motion requested by Plaintiff.

V. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.



N/A

VI. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Requesting for each violation of Curtis Jones Const. Rights defendant to pay 500,000.00 each

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

**VII. Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes

☒ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

N/A

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes

☐ No

☒ Do not know

N/A

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☒ Do not know

N/A

If yes, which claim(s)?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☒ No                N/A

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No                N/A

E. If you did file a grievance:

1. Where did you file the grievance?

   N/A

2. What did you claim in your grievance?

   N/A

3. What was the result, if any?

   N/A

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   N/A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.  If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:


N/A

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:


N/A

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.


N/A

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
 No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)

1. Parties to the previous lawsuit

   Plaintiff(s) _____

   Defendant(s) _____

2. Court (if federal court, name the district; if state court, name the county and State)

   _____

3. Docket or index number

   _____

4. Name of Judge assigned to your case

   _____

5. Approximate date of filing lawsuit

   _____

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition. _____

7. What was the result of the case? (For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)

   _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Page 9 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☒ No

D.  If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) _____

   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____

3. Docket or index number

   _____

4. Name of Judge assigned to your case

   _____

5. Approximate date of filing lawsuit

   _____

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 1-15-2023

Signature of Plaintiff: Curtis Jones
Printed Name of Plaintiff: Curtis Jones
Prison Identification #: 150930
Prison Address: P.O. Box 266
Newbrunswick, N.J. 08903

### B. For Attorneys

Date of signing:

Signature of Attorney:
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Address:

Telephone Number:
E-mail Address:

Page 11 of 11